

**DOUGHERTY LEVENTHAL & PRICE L.L.P.**

**BRIAN J. WALSH, ESQ.**
Board Certified in Civil Trial Advocacy
by the National Board of Trial Advocacy

459 Wyoming Avenue • Kingston, PA 18704
Tel: (570) 288-1427 • Fax: (570) 288-0799
bwalsh@dlplaw.com

May 16, 2012

Judge Mariani
United States District Court
Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18503

**FILED SCRANTON**

MAY 2 1 2012

PER _____
DEPUTY CLERK

Re:   Higgins vs. Gruma Corp., et al
      Case No.: 3:CV 09-1439
      Our File No.: PF-230

Dear Judge Mariani:

Please be advised that the above-referenced matter was resolved via mediation on May 15, 2012. Accordingly, it will no longer be necessary to conduct the trial which is scheduled for July 9, 2012. I thank you again for your professionalism and courtesy. If you require any additional information, please do not hesitate to contact me.

Very truly yours,

Brian J. Walsh

BJW:plm
cc: Thomas Kelley, Esquire

1-877-DLP-9700   www.DLPlaw.com

75 Glenmaura National Blvd.
Moosic, PA 18507
Tel: (570) 347-1011
Fax: (570) 347-7028

Business Exchange Building
100 West Broad Street, Suite 103
Hazleton, PA 18201
Tel: (570) 501-2828
Fax: (570) 501-2888

25 Intervale Road
Honesdale, PA 18431
Tel: (570) 253-3161
Fax: (570) 253-9493